IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EMFI, a French Corporation, and POLYMERS ADVANCED TECHNOLOGY, L.L.C., a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>PREMIER INDUSTRIAL SUPPLY, INC., an Arizona Corporation,<br><br>    Defendant. | FILED: JULY 31, 2008<br>08CV4361<br>JUDGE CONLON<br>MAGISTRATE JUDGE COX<br>No. YM |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs, EMFI and POLYMERS ADVANCED TECHNOLOGY, L.L.C., by their attorneys, Freeborn & Peters LLP and pursuant to Federal Rule of Civil Procedure 7.1, for its nongovernmental corporate party disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1.    Plaintiff, EMFI, is a nongovernmental private company. EMFI has no parent corporation. No publicly-held company owns 10% or more of EMFI.

2.    Plaintiff, Polymers Advanced Technology, L.L.C. is a nongovernmental private entity. It is a wholly-owned subsidiary of EMFI. No publicly-held company owns 10% or more of Polymers Advanced Technology, L.L.C.

                                                             Respectfully submitted,

                                                             EMFI and POLYMERS ADVANCED
                                                             TECHNOLOGY, LLC

                                                             By:   /s/ Paul A. Duffy
                                                                         *One of their attorneys*

Jeffrey J. Mayer, Esq. (6194013)
Paul A. Duffy, Esq. (6210496)
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000

Chicago, IL 60606
(312) 360-6000
*Counsel for Plaintiffs*
DATED: July 31, 2008

1596858v1