## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of EMFI and POLYMERS ADVANCED          Case Number:    08CV4361
TECHNOLOGY, L.L.C. v. PREMIER INDUSTRIAL SUPPLY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

EMFI, a French Corporation; and

POLYMERS ADVANCED TECHNOLOGY, L.L.C., a Delaware Limited Liability Company

| | |
|---|---|
| NAME (Type or print) | Jeffrey J. Mayer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/ Jeffrey J. Mayer |
| FIRM | FREEBORN & PETERS LLP |
| STREET ADDRESS | 311 S. Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6194013 | (312) 360-6000 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | YES |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | YES |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL