**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EMFI, a French Corporation, and POLYMERS ADVANCED TECHNOLOGY, L.L.C., a Delaware Limited Liability Company,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>PREMIER INDUSTRIAL SUPPLY, INC., an Arizona Corporation,<br><br>    *Defendant*. | 08CV4361<br><br>Honorable Judge Conlon<br><br>Magistrate Judge Cox |

**AGREED MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Premier Industrial Supply, Inc. ("Premier"), hereby moves for an enlargement of time in which to answer or otherwise plead to Plaintiffs' Complaint. In support of this agreed motion, Premier states as follows:

1. The parties to this matter have reached an agreement in principle to settle this dispute. The parties' attorneys are drafting a settlement agreement, which they intend to complete and execute within the next two weeks, and which will result in Plaintiffs dismissing their Complaint.

2. Premier's responsive pleading is currently due on August 26, 2008.

3. Because the parties have reached an agreement to settle this case, Premier wishes to avoid the unnecessary expense associated with preparing a responsive pleading.

4. Premier's counsel has conferred with counsel for Plaintiffs, and Plaintiffs have agreed to the relief requested in this motion. No party will be prejudiced by the relief sought herein.

WHEREFORE, Premier respectfully requests that the Court grant this motion and enlarge by an additional 14 days, until September 9, 2008, the time for Premier to file its responsive pleading to Plaintiffs' complaint.

DATED: August 22, 2008.

        Respectfully submitted,

        PREMIER INDUSTRIAL SUPPLY, INC.,
        *Defendant*

        By:  s/John L. Hayes
            *One of its Attorneys*

Charles A. Valente (Attorney #6198718)
John L. Hayes (Attorney #6275099)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60654
312.755.5700

## CERTIFICATE OF SERVICE

    I declare under penalty of perjury that the foregoing document was served today, by ECF as to filing Users and by U.S. mail as to the following non-ECF users: none.

Dated: August 22, 2008

                /s/John L. Hayes
                John L. Hayes