**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EMFI, a French Corporation, and POLYMERS ADVANCED TECHNOLOGY, L.L.C., a Delaware Limited Liability Company,<br><br>   *Plaintiffs*,<br><br> v.<br><br>PREMIER INDUSTRIAL SUPPLY, INC., an Arizona Corporation,<br><br>   *Defendant*. | 08CV4361<br><br>Honorable Judge Conlon<br><br>Magistrate Judge Cox |

**NOTICE OF MOTION**

  Please take notice that on Wednesday August 27, 2008 at 9:00 a.m. in Courtroom 1743 of the U.S. District Court for the Northern District of Illinois in the Everett McKinley Dirksen Building, 2198 South Dearborn Street, Chicago, IL, we shall appear before the Honorable Judge Conlon or any other Judge that may be sitting in her stead, and then and there present the attached Agreed Motion For Enlargement Of Time To Answer Or Otherwise Plead.

Dated: August 22, 2008.

                 Respectfully submitted,

                 By: s/John L. Hayes

Charles A. Valente (Attorney #6198718)
John L. Hayes (Attorney #6275099)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, Second Floor
Chicago, IL  60654
312.755.5700