**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08CV4361

EMFI, a French Corporation, and POLYMERS ADVANCED TECHNOLOGY, L.L.C., a Delaware Limited Liability Company v PREMIER INDUSTRIAL SUPPLY, INC., an Arizona Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, PREMIER INDUSTRIAL SUPPLY, INC., an Arizona Corporation

| |
|---|
| NAME (Type or print)<br>Charles A. Valente |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Charles A. Valente |
| FIRM<br>Krasnow Saunders Cornblath, LLP |
| STREET ADDRESS<br>500 N. Dearborn Street, Second Floor |
| CITY/STATE/ZIP<br>Chicago, IL  60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198718 | TELEPHONE NUMBER<br>312.755.5700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐