# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4361 | **DATE** | 8/27/2008 |
| **CASE TITLE** | EMFI, ET AL vs. PREMIER INDUSTRIAL SUPPLY, INC. | | |

**DOCKET ENTRY TEXT**

Agreed motion for enlargement of time to September 9, 2008 to answer or otherwise plead [10] is granted. Status hearing set on September 4, 2008 stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|